# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>LEMKO CORPORATION<br>v.<br>METROPOLITAN AREA NETWORKS, INC. | Case Number:<br>FILED: AUG 14, 2008<br>08CV4638<br>JUDGE GRADY<br>MAGISTRATE JUDGE ASHMAN<br>JFB |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LEMKO CORPORATION

| |
|---|
| NAME (Type or print)<br>John M. Riccione |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ John M. Riccione |
| FIRM<br>Aronberg Goldgehn Davis & Garmisa |
| STREET ADDRESS<br>330 N. Wabash, Suite 1700 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60613 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6209375 | TELEPHONE NUMBER<br>312-828-9600 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐